UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WILLIAM ALMEDER,<br>          Plaintiff, | ) ) ) ) | |
| v. | ) ) | DOCKET NO: 11-11376-NMG |
| TOWN OF BOURNE<br>          Defendant, | ) ) ) ) | |

## ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT, TOWN OF BOURNE, TO PLAINTIFF'S COMPLAINT

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

The Complaint fails to state a claim upon which relief can be granted, in that the defendant have no obligation to pay the plaintiff any amount of the loss or damages alleged.

### THIRD DEFENSE

The defendant, Town Of Bourne (hereinafter referred to as "defendant"), responds to the allegations in the plaintiff's Complaint as follows:

### PARTIES

1.     The defendant agrees with the allegations contained in this paragraph.

2.     The defendant agrees with the allegations contained in this paragraph.

### FACTUAL ALLEGATIONS

3.     The defendant agrees plaintiff was first employed in 2000, but states that plaintiff was hired as a Laborer initially.   The defendant agrees that plaintiff was

reinstated by an arbitrator in May 2009, denies plaintiff was wrongfully terminated.  The defendant agrees that the plaintiff is employed presently.

4.      The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

5.      The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

6.      The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiff to prove same.

7.      The defendant agrees with the allegations contained in the first sentence of this paragraph.  The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the second and third sentences of this paragraph and calls upon the plaintiff to prove same.  The defendant agrees with the allegations contained in the fourth sentence of this paragraph.

8.      The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

9.      The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

10.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

11.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

12.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

13.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

14.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

15.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

16.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

17.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

18.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

19.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

20.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

21.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

22.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

23.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

24.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

25.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

26.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

27.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

28.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

29.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

30.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

31.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

32.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

33.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

34.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

35.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

## JURISDICTION

36.     The defendant neither admits nor denies the allegations contained in this paragraph of the plaintiff's complaint because they call for a  legal conclusion to which no responsive pleading is required.   To the extent that the allegations are intended to relate or pertain to this defendant, the defendant denies the allegations, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

37.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

## COUNT I
### Violation of Title VII, 42, U.S.C. § 2000e
### Discrimination In Terms and Conditions Of Employment Because Of Religion

38.     The defendant repeats and realleges its responses to Paragraphs 1 through 37 as if set forth in full herein.

39.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

40.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

## COUNT II
### Violation of Title VII, 42, U.S.C. § 2000e
### Hostile Work Environment Based On Religion

41.     The defendant repeats and realleges its responses to Paragraphs 1 through 40 as if set forth in full herein.

42.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

43.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

44.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

## COUNT III
### Retaliation for Protected Activity – Adverse Actions
### Title VII, 42 U.S.C. § 2000e-3

45.     The defendant repeats and realleges its responses to Paragraphs 1 through 44  as if set forth in full herein.

46.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

47.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

## COUNT IV
### Retaliation for Protected Activity - Hostile Work Environment
### Title VII, 42 U.S.C. § 2000e -3

48.     The defendant repeats and realleges its responses to Paragraphs 1 through 47  as if set forth in full herein.

49.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

50.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

## COUNT V
### G L c. 151B
### Discrimination in Terms And Conditions Of Employment
### Because Of Plaintiff's Religion

51.     The defendant repeats and realleges its responses to Paragraphs 1 through 50 as if set forth in full herein.

52.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

53.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

## COUNT VI
### Hostile Work Environment Based on Religion
### G.L. c. 151B

54.     The defendant repeats and realleges its responses to Paragraphs 1 through 53  as if set forth in full herein.

55.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

56.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

57.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

## COUNT VII
### Retaliation For Protected Activity Adverse Actions
### G.L. c. 151B § 4(4)

58..     The defendant repeats and realleges its responses to Paragraphs 1 through 57 as if set forth in full herein.

59.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

60      The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

## COUNT VIII
### Retaliation For Protected Activity – Adverse Actions
### G.L. c. 151B § 4(4)

61.     The defendant repeats and realleges its responses to Paragraphs 1 through 60 as if set forth in full herein.

62.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

63.     The defendant denies the allegations contained in this paragraph, denies that the plaintiff is entitled to recovery in any amount from the defendant, and calls upon the plaintiff to prove same.

**WHEREFORE**, the defendant denies that the plaintiff is entitled to judgment in any amount.

## AFFIRMATIVE DEFENSES

### FOURTH AFFIRMATIVE DEFENSE

The plaintiff fails to state that the defendant engaged in an unlawful practice under M.G.L. C. 151B and, therefore, he may not recover in this action.

### FIFTH AFFIRMATIVE DEFENSE

The plaintiff did not oppose any unlawful practice under M.G.L. c. 151B and, therefore, he may not recover in this action.

### SIXTH AFFIRMATIVE DEFENSE

The defendant state that the plaintiff cannot recover in this action because plaintiff has failed to exhaust his administrative remedies.

### SEVENTH AFFIRMATIVE DEFENSE

The defendant state that the plaintiff cannot recover in this action because plaintiff has failed to exhaust his contractual remedies.

### EIGHTH AFFIRMATIVE DEFENSE

The plaintiff is barred from recovery, particularly as his Complaint seeks equitable relief, by the doctrine of unclean hands.

### NINTH AFFIRMATIVE DEFENSE

The actions of the defendant, at all times, were reasonable and undertaken with a good faith belief that its actions were lawful and not in violation of any federal or state constitutional or statutory right.

## TENTH AFFIRMATIVE DEFENSE

The injuries and damage claimed by the plaintiff were caused by the acts of a third party, which acts this defendant had no reason to anticipate and of which person this defendant had no control and is not responsible as a matter of law.

## ELEVENTH AFFIRMATIVE DEFENSE

The injuries and damage claimed by the plaintiff were the result of supervening and intervening causes unrelated to the conduct of any of the defendant, and the defendant therefore is not liable.

## TWELFTH AFFIRMATIVE DEFENSE

The plaintiff has failed to mitigate any claimed injury or damage, as required by law.

## THIRTEENTH AFFIRMATIVE DEFENSE

The plaintiff, by his conduct or by the conduct of his agents or servants, has waived any and all rights they may have had against the defendant.

## FOURTEENTH AFFIRMATIVE DEFENSE

The plaintiff's claims are frivolous and not made in good faith, and the defendant therefore demands its costs and attorneys fees.

## FIFTEENTH AFFIRMATIVE DEFENSE

The defendant states that the plaintiff's claims must fail since the defendant's actions, at all times, were required in the interest of the public and the means used by the defendant were reasonably necessary for the accomplishment of this purpose and not unduly oppressive upon the plaintiff.

## SIXTEENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff's claim must fail since he is not a member of a protected class.

## SEVENTEENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff's claim must fail since he was not treated less favorably because he is a member of a protected class.

## EIGHTEENTH AFFIRMATIVE DEFENSE

The defendant states that it was justified in its actions with respect to plaintiff's employment because it complied with a written contract governing plaintiff's employment.

## NINETEENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff's claim for retaliation must fail because he was not subjected to adverse employment action or motive because of any protected activity.

## TWENTIETH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff has never been subjected to an adverse employment action.

## TWENTY FIRST AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff's claims of retaliation must fail since the actions taken by the defendant was based on legitimate business reasons and the alleged acts of retaliation have no proximity to the plaintiff's alleged protected conduct.

## TWENTY SECOND AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff's claim must fail since the defendant's actions were based on good cause.

## TWENTY THIRD AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff is not entitled to punitive damages.

## TWENTY FOURTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the issue of a probable cause finding is not admissible evidence and, therefore, should be stricken from the complaint.

## TWENTY FIFTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that is was justified in its conduct and acts and, therefore, the plaintiff cannot recover.

## TWENTY SIXTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff's claims must fail since the defendant's decisions and actions were based on legitimate non-discriminatory reasons.

## TWENTY SEVENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff cannot prove that the defendant's actions were motivated by discriminatory animus.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff cannot recover punitive damages against the defendant since there is no evidence that the

defendant engaged in a discriminatory practice or discriminatory practices with malice or with reckless indifference to the plaintiff's rights.

### TWENTY NINTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff's claim must fail because he was not subjected to harassment or a hostile environment, either through words or actions, based on his religion or creed.

### THIRTIETH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff's claim must fail because he was not subjected to harassment that had the effect of unreasonably interfering with her work performance and did not create an objectively intimidating, hostile or offensive work environment.

### THIRTY FIRST AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the defendant's conduct was justified in theory and practice by a legitimate bona fide interest and no alternative course of action could have been adopted that would have enabled that interest to be served with less discriminatory impact.

### THIRTY SECOND AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff's claims are barred since, at all times, the defendants acted in good faith.

### THIRTY THIRD AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff is unable to recover since he is unable to show that he incurred actual damages.

## THIRTY FOURTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff's claim must fail because he was not subjected to severe and pervasive harassment.

## JURY DEMAND

**THE DEFENDANT, TOWN OF BOURNE, DEMANDS A TRIAL BY JURY AS TO ALL ISSUES.**

Respectfully submitted,
The Defendant,
TOWN OF BOURNE
By its attorneys,


/s/ Gareth W. Notis
Gareth W. Notis, BBO# 637814
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210-1181
(617) 439-7500
gnotis@morrisonmahoney.com

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on 09/12/2011.

/s/Gareth W. Notis
Gareth W. Notis, Esq. BBO#637814